IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No.   **08-cr-277-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

1. **GUILLERMO ORNELAS**,

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

A Hearing on Supervised Release Violation is set for **December 29, 2009 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  October 28, 2009