IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No.  **08-cr-277-JLK**

**UNITED STATES OF AMERICA**,

              Plaintiff,

v.

1.     **GUILLERMO ORNELAS**,

              Defendant.

---

# MINUTE ORDER

---

Judge John L. Kane **ORDERS**

      A Hearing on Supervised Release Revocation is set for **August 5, 2010 at 10:00 a.m.**

in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  July 21, 2010