IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No.   **08-cr-277-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

1.    **GUILLERMO ORNELAS**,

        Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

      The Hearing on Supervised Release Revocation set for August 5, 2010 is **VACATED AND RESET** for **September 29, 2010 at 3:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  July 27, 2010